**Order entered October 2, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01240-CV

### IN RE CHRISTOPHER LOUIE SMITH, Relator

**Original Proceeding from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-80568-2014**

## ORDER

Based on the Court's opinion of this date, we **DISMISS** relator's petition for writ of

habeas corpus. We **ORDER** relator to bear the costs of this original proceeding.

/s/    ADA BROWN
        JUSTICE